UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KENNETH PAUL JONES

VERSUS

TAMARA JACKSON, ET AL.

CIVIL ACTION NO. 15-2047-P

JUDGE FOOTE

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

To date, Plaintiff has failed to file an amended complaint in compliance with the

Magistrate Judge's order dated June 22, 2016 [Record Document 9]. Plaintiff has filed what

purports to be an answer to the Report and Recommendation of the Magistrate Judge, though

the filing does not substantively respond to the Report and Recommendation, nor does it

comply with the Court's previous order. Thus, for the reasons stated in the Report and

Recommendation of the Magistrate Judge previously filed herein, and after an independent

review of the record, and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this

24th day of _____MAY_____ 2017.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE